JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. L., an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No. 2:25-01859 ADS<br><br>JUDGMENT |

　　　Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:  January 5, 2026

　　　　　　　　　　　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　United States Magistrate Judge